UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALVARO ARELLANO-MONREAL, <br><br> Defendant. | NO. CR14-169JLR <br><br> ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT <br><br> ~~PROPOSED~~ |



The Court, having considered the Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Arellano-Monreal is charged by Complaint with one count of Illegal Reentry After Deportation, in Violation of Title 8, United States Code, Section 1326(a).

2. Mr. Arellano-Monreal made his initial court appearance on May 27, 2014.

3. Counsel is seeking an Order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv).

4. The defendant has executed a Waiver of Speedy Indictment waiving rights under

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT - 1
*United States v. Arellano-Monreal* / CR14-169JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Ste. 700
Seattle, Washington 98101
(206) 553-1100

the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from August 26, 2014 until September 30, 2014, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

In light of the foregoing, IT IS HEREBY ORDERED that the time to file an Indictment be continued to September 30, 2014, in order to allow the defense additional time to meet with his client and discuss plea options. The period of delay resulting from this continuance from the date of this Order up to and including September 30, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7).

IT IS SO ORDERED this 25th day of July, 2014.

James L. Robart
United States District Judge

Presented by:

s/ Dennis Carroll
Dennis Carroll
Attorney for Alvaro Arellano-Monreal

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT - 2
United States v. Arellano-Monreal / CR14-169JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Ste. 700
Seattle, Washington 98101
(206) 553-1100